IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | **FILED UNDER SEAL** |
| § | No. 1:20-CR-55 |
| v. § | Judge Thad Heartfield |
| § | |
| JAKE ELLIS DAUGHTRY, ET AL § | |

## MOTION TO UNSEAL INDICTMENT UPON ARREST

The government presents this motion, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, and respectfully moves the Court for the following:

I.

On June 3, 2020, the United States Grand Jury returned a sealed indictment against nine (9) defendants. The indictment was filed under seal because of the concern that one or more of the named defendants may attempt to flee or otherwise attempt to thwart apprehension by authorities upon discovery of the pending federal charge(s). Once each defendant is individually brought before a United States Magistrate Judge for their initial appearance, the necessity for secrecy surrounding their inclusion in the indictment will end.

II.

Therefore, the government requests that this Honorable Court order, upon the arrest of each individual defendant, that the indictment in the above referenced cause be

**Motion to Unseal Indictment Upon Arrest-Page 1**

unsealed to the extent necessary to disclose that particular individual's inclusion within the indictment.

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY


/s/ Michelle S. Englade
MICHELLE S. ENGLADE
Assistant United States Attorney
Texas Bar No. 06619650
350 Magnolia, Suite 150
Beaumont, Texas  77701-2237
(409) 839-2538
(409) 839-2550 (fax)
michelle.englade@usdoj.gov