IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:20-CR-55 |
| | § | |
| | § | |
| JAKE ELLIS DAUGHTRY (1) | § | |
| JOSEPH ELLIS DAUGHTRY (2) | § | |
| KIP WILLIAM DAUGHTRY (3) | § | |
| SANDRA MILLER DAUGHTRY (4) | § | |
| JORDAN LEE KING (5) | § | |
| TANNER JOHN JORGENSEN (6) | § | |
| AUSTIN WAYNE DIAL (7) | § | |
| JESSE LEE HACKETT (8) | § | |
| JOSHUA WHISNEANT (9) | § | |

**BILL OF PARTICULARS**

The United States of America, by and through the undersigned Assistant United States Attorney for the Eastern District of Texas, files the Bill of Particulars.

A twenty-four count indictment was returned by the Grand Jury in the above-captioned case, charging the defendants with the following violations. 21 U.S.C. §§ 846, 841 conspiracy to possess with intent to distribute and distribution of a controlled substance analogue, 21 U.S.C. §§ 846, 841(g) conspiracy to possess with intent to distribute and distribution of a date rape drug over the internet to an unauthorized purchaser, 21 U.S.C. § 856 (a)(1) maintaining a drug-involved premises, and 18 U.S.C. § 1957 money laundering,

The indictment included a Notice of Intent to Seek Criminal Forfeiture pursuant to 21 U.S.C. §§ 853, 881, and described certain property as being subject to forfeiture. In addition to the property listed in the indictment, the government provides notice of its intent to also seek forfeiture of the following:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, commonly known as 2565 North Twin City Highway, and Twin City N. Hwy, Jefferson County, Nederland, TX, 77627 and more particularly described as:

   a. The legal description for Parcel 263728 is LT 4 BLK 19F TR 19 & LT 1 BLK 19G TR 7 PALCO 4.441 AC, and Parcel 75848 for Mobile Home: METAMORA 1978 TEX0199763

   b. The legal description for Parcel 253340 is: LT 4 BLK 19F TR 23 PALCO .2107 AC

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, commonly known as 2709 Spurlock Road, Jefferson County, Nederland, TX, 77627 and more particularly described as:

   The legal description for Parcel 27225 is: LT 11 & 12 BLK 10 DELMONTE

3. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, commonly known as 2719 Spurlock Road, Jefferson County, Nederland, TX, 77627 and more particularly described as:

   The legal description for Parcel 404993 is: LT 10 BLK 10 DELMONTE

   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, commonly known as 3107 Spurlock Road, Jefferson County, Nederland, TX, 77627 and more particularly described as:

The legal description for Parcel 27130 is: LOTS 5 & 6 BLK 4 DELMONTE LOC: 3100 SPURLOCK RD

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY

*/s/ Michelle S. Englade*
Michelle S. Englade
Assistant United States Attorney
Texas Bar No. 06619650
Eastern District of Texas
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701
(409) 839-2538
(409) 839-2550 - fax
Michelle.Englade@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument was served on counsel of record via the

Court's CM/ECF filing system on July 15, 2020.

*/s/ Michelle S. Englade*
MICHELLE S. ENGLADE
Assistant United States Attorney