# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 1:20-CR-00055-TH |
| | § | (Judge Thad Heartfield) |
| SANDRA MILLER DAUGHTRY (4) | § | |

### DEFENDANT, SANDRA MILLER DAUGHTRY'S RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL DEFENDANTS TO DISCLOSE INTENTION TO ASSERT ADVICE-OF-COUNSEL DEFENSE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Sandra Miller Daughtry, by and through her undersigned attorney of record, and filing this *Response in Opposition to Government's Motion to Compel Defendants to Disclose Intention to Assert Advice-of-Counsel Defense* would respectfully show the following:

1. On July 28, 2020, the Government filed a motion requesting this Court order the defendants to disclose to the government their intent to assert advice of counsel defense no later than August 19, 2020 (DE #78).

2. Defendant Sandra Miller Daughtry objects to the granting of the Government's motion.

3. Defendant Sandra Miller Daughtry believes the request to be not yet ripe.

4. Discovery in this case has not yet begun and the Government has recently indicated that there will be a terabyte of digital discovery forthcoming. As a general matter, asking a criminal defendant to declare her defense to the government is certainly the exception, not the norm. In

this case, asking defendant to disclose her defense prior to seeing the evidence is patently unreasonable.

5. Defendant Sandra Miller Daughtry further objects to the Government's Motion because she believes the Government is in possession of confidential lawyer/client correspondence that was obtained unlawfully and this Motion is, in part, an effort for the Government to stymie the impact of that seizure.

WHEREFORE, Defendant Sandra Miller Daughtry respectfully requests that the Government's Motion to Compel Defendants to Disclose Intention to Assert Advice of Counsel Defense be denied as premature.

Respectfully submitted,

Respectfully submitted,

By _____/s/ Cory Crenshaw_____
Cory Crenshaw
Texas State Bar No. 24045721
CRENSHAW LAW FIRM, PLLC
850 Park Street
Beaumont, TX 77701
(409) 449-5291
(409) 833-0711– Telefax
cory@crenshaw.law

Attorney for Defendant,
Sandra Miller Daughtry

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was sent by ECF notification to counsel of record for all parties listed herein on this the 3rd day of September, 2020.

*/s/ Cory Crenshaw*
_____
Cory Crenshaw