UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

THE UNITED STATES OF AMERICA §
                              §
VS.                           §     NO. 1:20-CR-00055-TH
                              §     (Judge Thad Heartfield)
SANDRA MILLER DAUGHTRY (4)    §

## ORDER DENYING GOVERNMENT'S
## MOTION TO COMPEL DEFENDANTS TO DISCLOSE
## INTENTION TO ASSERT ADVICE-OF-COUNSEL DEFENSE

Before this Honorable Court is Defendant, Sandra Miller Daughtry's *Response in Opposition Government's Motion to Compel Defendants to Disclose Intention to Assert Advice-of-Counsel Defense*. Having considered said motion and arguments of the parties, the Court **DENIES** the Government's Motion.